Elizabeth F. Rojas, Chapter 13 Trustee
15260 Ventura Blvd., Suite 710
Sherman Oaks, CA  91403
(818) 933-5700  Fax: (818) 933-5755

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Tanya Monge | CASE NO. SV16-12985-VK |
| | **WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE** |
| (DEBTOR) | |

To the Honorable Victoria S. Kaufman, United States Bankruptcy Judge, Debtor, Counsel for Debtor, if any, and all interested parties:

The Trustee's Motion for Order Dismissing Chapter 13 Proceeding (11 U.S.C. §1307(c)) in the above captioned case, served on the Debtor and Debtor's Attorney, if any, on November 25, 2019, is hereby withdrawn.

Executed at Sherman Oaks California on March 11, 2020

*Elizabeth F Rojas*

Elizabeth F. Rojas
Chapter 13 Trustee

| In Re:   Tanya Monge | | Chapter 13 |
|---|---|---|
| | Debtor(s) | Case Number: 1:16-bk-12985-VK |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
15260 Ventura Blvd., Suite 710, Sherman Oaks, CA 91403

A true and correct copy of the foregoing document entitled: <u>WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **3/11/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

UNITED STATES TRUSTEE (SV): USTPREGION16.SV.ECF@USDOJ.GOV
SIMON RESNIK HAYES TRUST ACCOUNT: KEVIN@KTSIMONLAW.COM

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>:**
On **3/11/2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

TANYA MONGE, 7050 BERTRAND AVENUE, RESEDA, CA 91335

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>:**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on **3/11/2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

HONORABLE JUDGE VICTORIA S. KAUFMAN - VIA OVERNIGHT MAIL

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/11/2020 | Marina Ortiz | /s/ Marina Ortiz |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*   **F 9013-3.1.PROOF.SERVICE**